# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, DECEMBER 17, 1888.

Adolph Goslin, Respondent, v. The Mayor, etc., of the city of New York, Appellant. — Motion denied upon payment of ten dollars costs, and appellants stipulating to argue at the next term.

Hiram B. Aylsworth, Respondent, v. James Gallagher, Appellant. — Motion denied.

In the Matter of Frank J Keller, an attorney, etc.— Order of reference to take proof of facts, granted.

Sarah Clarke v. Moses Devoe. — Motion granted upon payment of ten dollars costs.

Farmers' Loan and Trust Company v. The Bankers and Merchants' Telegraph Company.— Upon the motion to dismiss the appeal of Wise and Bill herein, no excuse was offered for failure to print the papers, and no affidavit was ever presented showing any excuse. Upon the settlement of the order a memorandum, claiming to show an excuse was submitted, but as the purpose of requiring a notice of settlement of orders is not to afford an opportunity to re-argue the motion, such memorandum could not be considered. In the motion now before the court the affidavits submitted in answer to the motion seem to present an excuse, and the motion should be denied.

The Columbia Bank v. Lorin Ingersoll.

The Rhode Island National Bank v. Lorin Ingersoll. — There is no provision in the rules for such a motion as this. The parties having extended the time to serve papers beyond the commencement of the term, there is no provision for the making of a motion to dismiss. Motion denied.

In the Matter of the Probate of the Will of Catherine Darragh, Deceased. — The making of this motion having been delayed until the appellant had printed his papers, we think that he should be allowed to supply the undertaking upon payment of ten dollars costs. The undertaking submitted with the papers cannot be approved because of the erasures contained therein. We do not find in the copy of the case submitted on this motion any certificate of the clerk of the Surrogate's Court that the appeal book is a correct copy of the record of the Surrogate's Court. This must be supplied or the case cannot be heard. This certificate upon appeals from the surrogate cannot be waived by consent of parties.

Kingsland & Williams v. The Mayor. — Motion denied upon the ground that the papers are type-written upon paper which in no way complies with the provision of the Code.

## FIFTH DEPARTMENT, JANUARY TERM, 1889.

The Pfaudler Process Fermentation Company, Appellant v. McPherson Smith and another, Respondents. — Judgment affirmed. Opinion by Barker, P. J.

Charles Robinson, Respondent. v. Addison R. Baldwin and another, Appellants. — Judgment affirmed, with costs. Dwight, J., not sitting.

Charles Brigham, as Executor, etc., of Harriet T. Sedgwick, Deceased, Respondent, v. Delia J. Gott, Impleaded, etc., Appellant. — Judgment reversed and new trial ordered, costs to abide the final award of costs. Opinion by Haight, J.

Edward J. Kelsey, Respondent, v. The Pfaudler Process Fermentation Company, Appellant. — Judgment affirmed. Opinion by Bradley, J.

White Sewing Machine Company, Respondent, v. Allen Fargo, Appellant.—Judgment affirmed. Opinion by Dwight, J.

Edward J. McLeod, Respondent, v. John Maloney and another, Appellant. — Judgment and order affirmed. Opinion by Barker, J.

In the Matter of the Final Settlement of Edwin J. Cleflin, General Assignee of W. H. Harris.— Both orders affirmed, with ten dollars on one appeal, and disbursements in both. Opinion by Barker, P. J.

Wesley Mandeville, as Receiver, etc., of Henry J. Beck, Appellant, v. Edward H. Avery, Respondent, Impleaded, etc. — Judgment and orders subsequent to verdict reversed, and further proceedings to be had according to the practice in such cases, with costs of this appeal to the plaintiff to abide the event. Opinion by Bradley, J ; Dwight, J., not sitting.

In the Matter of the Judicial Accounting of Job Sayre, Administrator of William H. Sayre, Deceased.—Appeal dismissed for want of jurisdiction, with ten dollars costs and disbursements. Opinion by Haight, J.

Harriet S. Chamberlain, Respondent, v. The Insurance Company of North America, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Gertrude Schum, Respondent, v. The City of Rochester, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.; Bradley, J., not voting.

Margaret Curran, Appellant, v. The City of Auburn, Respondent.—Order affirmed, with costs of this appeal to the defendant to abide the event.

Franz X. Winkler and another, Respondents, v. William Summers, as President, etc., and others, Aldermen of the City of Buffalo, Appellants.—Judgment affirmed, with costs on the opinion of Daniels, J., at Special Term.

Henry Wright, Respondent, v. Charles Boller and another, Appellants.—Judgment affirmed. Opinion by Bradley, J.

Harriet Richardson, Respondent, v. Herman Van Voorhies and another, Appellants.—Judgment and order affirmed. –Opinion by Haight, J.

In the Matter of the Probate of the Alleged Last Will and Testament of Louisa M. Ramsdell, Deceased.—Decree and order affirmed, with costs to both parties to be paid out of the estate. Opinion by Dwight, J.

Mary Keeler, Appellant, v. William Keeler and others, Respondents. (In re will of Morris Keeler. deceased.)—Decree reversed on an issue of fact, and the questions at issue ordered to be tried by a jury at the Cayuga Circuit. Issues to be settled by Barker, P. J Costs to